IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

E & G, INC.,

          Plaintiff,

v.                                  CIVIL ACTION NO.   2:17-cv-02774

SEMACONNECT INC., et al.,

          Defendants.

## DISMISSAL ORDER

The parties have stipulated to the dismissal of all claims and causes of action in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 53.)  Accordingly, the Court **DISMISSES WITH PREJUDICE** this action as to the individual claims of E&G, INC. only and **DISMISSES WITHOUT PREJUDICE** as to the members of the putative class, each side to bear its own costs.  The Court further **DIRECTS** the Clerk to remove this matter from the Court's docket.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                       ENTER:        September 10, 2018

                                       THOMAS E. JOHNSTON, CHIEF JUDGE